IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:13-CV-00630-MOC-DSC

| | |
|---|---|
| LEANDRA RAMKISSOON AND ANNA HUNT, ) ) ) Plaintiffs, ) ) v. ) ) MISUN KIM ) A/K/A MISUN KIM MCCUISTION ) D/B/A MISUNDRIES, ) ) Defendant. ) | **ORDER** |

**THIS MATTER** is before the Court on the "Defendant's Motion to Compel Production of Plaintiffs' Tax Returns" (document # 13) filed August 8, 2014 and the parties associated briefs and exhibits. See docs. 13 and 14. This Motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §636(b)(1), and is now ripe for the Court's consideration.

For the reasons set forth in "Plaintiff's Brief in Opposition to Defendant's Motion to Compel Production of Tax Returns" (document #14), Defendant's Motion to Compel is denied.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel, and to the Honorable Max O. Cogburn, Jr..

**SO ORDERED**.

Signed: September 15, 2014

David S. Cayer
United States Magistrate Judge