# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CIVIL ACTION NO. 3:13-CV-00630-MOC-DSC

| | | |
|---|---|---|
| **LEANDRA RAMKISSOON AND**<br>**ANNA HUNT,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **MISUN KIM** | ) | |
| **A/K/A MISUN KIM MCCUISTION** | ) | |
| **D/B/A MISUNDRIES,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**THIS MATTER** is before the Court on "Plaintiffs' Motion to Compel Discovery from Defendant and to Extend Discovery Completion Deadline …" (document #15). Pro se Defendant has not responded to the Motion and the time for responding has expired.

Plaintiffs seek an order compelling Defendant to file complete verified responses to their "First Set[s] of Interrogatories and Requests for Production of Documents" and finding that Plaintiffs' "First Requests for Admission" are deemed admitted. Plaintiffs also seek a three month extension of the discovery and dispositive motions deadlines and an award of attorneys' fees.

Defendant has failed to respond to these discovery requests or this Motion. For this and the other reasons stated therein, the Court grants Plaintiffs' Motion.

Courts generally have broad discretion in imposing sanctions under Rule 37 of the Federal Rules of Civil Procedure. National Hockey League v. Metropolitan Hockey Club, Inc., 427 U.S. 639 (1976). The Court finds that monetary sanctions are warranted here for

Defendant's continued obstructive conduct. **The Court warns Defendant that failure to comply fully with any of the Court's Orders, the Local Rules, or the Rules of Civil Procedure may result in the further imposition of sanctions, which may include entry of judgment in Plaintiffs' favor.**

**NOW THEREFORE, IT IS ORDERED**:

1. "Plaintiffs' Motion to Compel Discovery from Defendant and to Extend Discovery Completion Deadline …" (document #15) is **GRANTED**. <u>Within seven (7) calendar days of the date of this Order, Defendant shall serve complete verified responses to </u> "Plaintiff Hunt's First Set of Interrogatories and Requests for Production of Documents" and "Plaintiff Ramkissoon's First Set of Interrogatories and Requests for Production of Documents."

2. "Plaintiff Hunt's First Requests for Admission" and "Plaintiff Ramkissoon's First Requests for Admission" are **DEEMED ADMITTED**.

3. Defendant is ordered to pay Plaintiffs the reasonable attorneys' fees and costs incurred in obtaining this Order, such amounts to be determined by the Court after reviewing an affidavit submitted by Plaintiffs' counsel within ten (10) calendar days of the date of this Order.

4. The discovery deadline is extended to December 12, 2014, and the dispositive motions deadline is extended to February 14, 2015.

5. The Clerk is directed to send copies of this Order to Plaintiffs' counsel, to the <u>pro se</u> Defendant, and to the Honorable Max O. Cogburn, Jr..

**SO ORDERED**.

Signed: October 2, 2014

David S. Cayer
United States Magistrate Judge