**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:13-CV-00630-MOC-DSC**

| | |
|---|---|
| **LEANDRA RAMKISSOON AND ANNA HUNT,** ) ) ) **Plaintiffs,** ) ) v. ) ) **MISUN KIM** ) **A/K/A MISUN KIM MCCUISTION** ) **D/B/A MISUNDRIES,** ) ) **Defendant.** ) | **ORDER** |

**THIS MATTER** is before the Court following its January 5, 2015 "Order," (document #28). In that Order, the Court ordered Defendant to pay Plaintiffs the reasonable attorneys' fees and costs incurred in obtaining that Order and in attending the mediation on October 8, 2014 and directed that such amounts would be determined by the Court after reviewing an affidavit submitted by Plaintiff's counsel. Plaintiff's "Affidavit of Attorneys' Fees and Costs Pursuant to Court's Order of 1/05/2015," (document #29) was filed on January 12, 2015. The Court has carefully reviewed the Affidavit and orders that reasonable attorneys' fees and costs be allowed in the amount of $5,077.50.

**NOW IT IS HEREBY ORDERED** that:

1. On or before February 2, 2015, Defendant shall pay directly to Plaintiffs' counsel the sum of $5,077.50 representing the reasonable attorneys' fees and costs incurred in filing

"Plaintiffs' Motion for Sanctions" (document #24), obtaining that Order (document #28) and attending the mediation on October 8, 2014.

2. The Clerk is directed to send copies of this Order to counsel for the parties, and to the Honorable Max O. Cogburn, Jr..

**SO ORDERED**.

Signed: January 16, 2015

David S. Cayer
United States Magistrate Judge